# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KOREY W. ALLEMAN

NO. 2021 KW 0177

**JUNE 7, 2021**

---

In Re:     Korey W. Alleman, applying for supervisory writs, 16th
           Judicial District Court, Parish of St. Mary, No. 20-
           206232.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT GRANTED.**  Relator's conviction for violating La. R.S.
56:118 is reversed, and the sentence is vacated.  Viewing the
evidence in the light most favorable to the prosecution, we find
the evidence was insufficient to prove beyond a reasonable doubt
that relator was guilty of violating La. R.S. 56:118.  See
**Jackson v. Virginia,** 443 U.S. 307, 319, 99 S.Ct. 2781, 2789, 61
L.Ed.2d 560 (1979); **State v. Mussall,** 523 So.2d 1305 (La. 1988).
See also La. Code Crim. P. art. 821(B).

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT